Manly, J.
 

 The view taken of this case in the Court below, was clearly correct. It' is the ordinary case of a slave put into the possession of a child, and intended by the parent as an advancement, but with respect to which he changes his mind and tabes the slave away.
 

 The law implies no obligation in such a case on the part of the parent to pay for keeping, clothing, feeding, and the like.
 
 *362
 
 The negroes were not kept upon any such expectation, much less upon any mutual understanding to that effect.
 

 There was no legal or equitable obligation to allow them to remain under any circumstances, and the law will not raise an assumpsit to pay damages for doing what the party had a right to do, nor will it interpolate upon the transaction a liability, not contemplated by either party during its continuance.
 

 The principle of the case falls within that of the
 
 University against McNair’s
 
 Executors, 2 Ire. Eq. 605.
 

 The proposition on the part of defendant’s testator to pay $50, (which was rejected by the plaintiff) was in furtherance of a negotiation for peace, and does not, in any way, affect the rights of the parties, and of the same character is the proposition (not carried into execution) to submit it to men. The judgment of the Court below should be affirmed.
 

 Per Curiam,
 

 Judgment affirmed.